# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY-VICTOR III: GUANCIONE©™ (aka ANTHONY VICTOR GUANCIONE III©™), LIEN HOLDER OF THE VESSEL, THE REAL PARTY IN INTEREST, LAWFUL MAN, INJURED THIRD PARTY, <br><br>Plaintiff, <br><br>v. <br><br>JOHN G. STUMPF, US VESSEL, PRES., CEO CHRM; DAVID K. ZWIENER, US VESSEL, FORMER SR. EXEC. VICE PRES; DAVID K. ZWIENER, US VESSEL, FORMER CFO; ROBERT K. STEEL, US VESSEL, FORMER PRESIDENT AND CEO; SUZANNE CHING, US VESSEL, ASST. VICE PRESIDENT; WELLS FARGO AND CO., US VESSEL; WACHOVIA, US VESSEL; US VESSELS, <br><br>Defendants. | 1:10-mc-00025 GSA <br><br><br>ORDER STRIKING DOCUMENT NUMBER ONE <br><br>ORDER TO CLOSE THE CASE |

On May 18, 2010, Plaintiff, Anthony-Victor III: Guancione©™ filed a document entitled, "Clerk's Certification of a Judgment to be Registered in a Foreign Jurisdiction." This document

1

1  was allegedly issued from the "California state court, superior court common law venue, original
2  and exclusive jurisdiction, united States of America, California Republic (organic)."  (Doc. 1, pg.
3  1).  The Court has reviewed this document and has determined that this document is not a valid
4  judgment, nor appropriate for filing.   Accordingly, the Clerk of the Court shall strike this
5  document (Doc. 1).  The Clerk of the Court is also directed to close this case.

7    IT IS SO ORDERED.
8    **Dated:**   **May 20, 2010**                    /s/ **Gary S. Austin**
                                                 UNITED STATES MAGISTRATE JUDGE